```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                       Jan 11, 2016

                CENTRAL DISTRICT OF CALIFORNIA
                BY: _____PMC_____ DEPUTY
```

# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LOUNDERMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 5:15-cv-02161-SVW-KK<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: September 15, 2015<br>Trial Date: None<br>Judge: Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. Kenly Kiya Kato |

1  The Court, having considered the Joint Stipulation for Dismissal pursuant to
2  Federal Rule of Civil Procedure 41(a)(1) jointly filed by the parties, finds that this
3  action shall be dismissed with prejudice, in its entirety.  Each party is to bear her or
4  its own costs, experts' fees, and attorneys' fees.
5       IT IS SO ORDERED.
6  DATED:  January 11, 2016                    _____
7                                               Honorable Stephen V. Wilson